No. 75–708. MARKS ET AL. v. UNITED STATES. C. A. 6th Cir. Certiorari granted.

No. 75–906. WALSH, DBA TOM WALSH & Co. v. SCHLECHT ET AL., TRUSTEES. Sup. Ct. Ore. Certiorari granted.

No. 74–6632. MOODY v. DAGGETT, WARDEN. C. A. 10th Cir. Motion for leave to proceed *in forma pauperis* and certiorari granted.

No. 75–478. PARKER SEAL Co. v. CUMMINS. C. A. 6th Cir. Motion of Trans World Airlines, Inc., for leave to file a brief as *amicus curiae* and certiorari granted.

No. 75–684. PACIFIC MARITIME ASSN. ET AL. v. NATIONAL LABOR RELATIONS BOARD ET AL. C. A. D. C. Cir. Certiorari denied.

No. 75–693. GENERAL FOODS CORP. v. GREENE, DBA WILLIAM E. GREENE FOOD DISTRIBUTORS. C. A. 5th Cir. Certiorari denied.

No. 75–725. LAGANA v. NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 75–797. ASHTON v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 75–819. SCHWARTZBAUM v. UNITED STATES. C. A. 2d Cir. Certiorari denied.